UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLEMENTE LOPEZ, FEDERICO MORAN, JUVENAL CARLOS GONZALEZ MORAN, and TEODULO GONZALEZ, *individually and on behalf of others similarly situated*<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-vs-<br><br>SPA RESTAURANT A & T KONTOGIANNIS CORP., (d/b/a SPA RESTAURANT), TAXIARHIS KONTOGIANNIS, and ATHINA KONTOGIANNIS,<br>　　　　　　　　　　Defendants. | Civil Action No. 2:17-CV-01219-MDA-LDW<br><br>CIVIL ACTION |

The above entitled action, having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and hereby is dismissed with prejudice, and with all parties bearing their own legal fees and costs.

| | |
|---|---|
| MICHAEL FAILLACE & ASSOCIATES, P.C.<br>Attorneys for Plaintiffs<br><br>By: __/s/ Sara Isaacson__<br>　　　Sara Isaacson, Esq.<br><br>Date: December 19, 2017 | FLORIO PERRUCCI STEINHARDT & FADER, L.L.C.<br>Attorneys for Defendants<br><br>By: /s/ Michael Goldman<br>　　　Michael I. Goldman, Esq.<br><br>Date: December 19, 2017 |

SO ORDERED

_____
Mad_____, ____ D.J.

1-9-18